Clarence M. Busch, etc., Appellant, v. E. W. Snead, etc., Appellee.

An Appeal from the Circuit Court for Glades County.

Appeal dismissed on motion of counsel for Appellant.

*O. S. Miller*, for Appellant;

*W. W. Whitehurst*, for Appellee.

---

Will Douglas, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Duval County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*John W. Dodge*, for Plaintiff in Error.

---

Patrick Bannon and Annie Mary Bannon, Appellants, v. George H. Gibbons and J. W. Sampel, Appellees.

An Appeal from the Circuit Court for Polk County.

Appeal dismissed on motion of counsel for Appellees.